IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 49 T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. |
| | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(2) |
| | ) | |
| JOSE APOLINAR VELEZ-REGALADO | ) | |
| a/k/a Luis Fernandez Garcia | ) | |
| a/k/a Luis Fernandez | ) | |

**INDICTMENT**

The Grand Jury charges that:

On or about April 3, 2006, Defendant JOSE APOLINAR VELEZ-REGALADO, a/k/a Luis Fernandez Garcia, a/k/a Luis Fernandez, an alien who had previously been deported from the United States, was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

In violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

Fore[redacted]

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

JAMES H. LEAVEY
Assistant U.S. Attorney

DATE 4-12-06