AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of

## APPEARANCE

CASE NUMBER: CR 06 49 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE APOLINAR VELEZ-REGALADO
a/k/a Luis Fernadez Garcia
a/k/a/ Luis Fernandez

I certify that I am admitted to practice in this court.

5-9-06
Date

Signature

JOHN H. RUGINSKI, JR. 1612
Print Name Bar Number

129 DORRANCE STREET SUITE 1
Address

PROVIDENCE RI 0290
City State Zip Code

401 272-7966 Fax 401-272-7968
Phone Number Fax Number