Jose Apolinar Velez-Regalodo
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| USA. | : | |
| vs. | : | CR. No. 06-049T |
| JOSE APOLINAR VELEZ-REGALADO | : | NOTICE OF APPEAL |
| ______________________________xxx | : | JANUARY 16, 2007 |

UNITED STATES vs. JOSE APOLINAR VELEZ-REGALADO

The defendant, Jose Apolinar Velez-Regalado, hereby gives notice of appeal of the judgment entered against him on January 12, 2007 by the Honorable Judge Ernest C. Torres.

Respectfully Submitted this 15th day of January 2007.

---------------------------------------
Jose Apolinar Velez-
Regalado/Defendant

Copies Submitted this 15th day of January 2007 to each of the following:

Assistance U.S. Attorney
James H. Leavey, Esq.
50 kennedy Plaza- 8th Floor
Providence, RI. 02903

Retained Counsel
Rohn H. Ruginski, Jr., Esq.
129 John Dorrance Street- Suite 1
Providence, RI. 02903