**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES**

**Vs** **CR. NO.; 06-049T.**

**JOSE APOLINAR VELEZ-REGALADO**

**MOTION TO WITHDRAW AND TO PROCEED IN FORMA PAUPERIS**

Now comes John H. Ruginski, Jr., Counsel for Jose Apolinar Velez-Regalado and represents as follows:

1. He was Counsel for Mr. Velez-Regalado in the U.S. District Court, RI;
2. Mr. Velez-Regalado filed a Pro-se appeal in this matter;
3. Mr. Velez-Regalado has discharged John H. Ruginski, Jr., Esq., as there exists a disagreement as to the validity of the present appeal;
4. Mr. Velez-Regalado is unable to retain Private Counsel as evidenced by the attached declaration of the Defendant from the Pre-sentence report;
5. Counsel was attempting to locate the Defendant; and on 4-13-2007 he was advised by the he was in transit. For this reason Counsel has attached the declaration of the Defendant from the Pre-sentence report and not a new affidavit.

**WHEREFORE,** Counsel requests the following:

1. Grant Counsel's Motion to Withdraw;

2. Allow Defendant to proceed in Forma Pauperis;

3. Appoint Counsel to assist him in his appeal.

Respectfully Submitted,

John H. Ruginski, Jr. RI#1612
129 Dorrance Street Suite 1
Providence, RI 02903
401.272.7966

**CERTIFICATE OF SERVICE**

I John H. Ruginski, Jr.Esq. hereby certify that I have mailed a true copy of the within Motion and its attachments to:

**Donald C. Lockhart, Esq.**
**Assistant United States Attorney**
**50 Kennedy Plaza – 8th Floor**
**Providence, RI 02903**

**Jose Apolinar Velez-Regalado**
**C/O Wyatt Detention Facility**
**960 High Street**
**Central Falls, RI 02863**

On this 13th day of April, 2007.