# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

v. : CR. No. 06-049T

JOSE APOLINAR VELEZ-REGALADO :
a/k/a Luis Fernandez Garcia :
a/k/a Luis Fernandez :

I, Jose Apolinar Velez-Regalado, hereby state that I no longer want John H.Ruginski,Jr., to represent me in my appeal. He is in disagreement with me as to whether or not my Appeal is viable.

Jose A. Velez-Regalado

Witness-Interpreter