# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

06cr049T

No. 07-1248
RI DC No. 06-cr-0049

UNITED STATES,
Appellee,

v.

JOSE APOLINAR VELEZ-REGALADO,
Defendant, Appellant.

**ORDER OF COURT**
Entered: April 17, 2007
Pursuant to 1st Cir. R. 27.0(d)

On March 28, 2007, this court issued an order directing the appellant to either pay the filing fees of $455.00 in the district court or to file a compliant motion and financial information before the District Court of Rhode Island. On April 13, 2007, counsel responded to the order and notified this court that a request for in forma pauperis status has been filed before the district court.

Counsel is directed to notify this court in writing as soon as the district court acts on the motion to proceed in forma pauperis.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER
By:____________________
Chief Deputy Clerk

[cc: David DiMarzio, Clerk USDC RI, and
Messrs. Velez-Regalado, Ruginski, Lockhart]