**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-49T

JOSE APOLINAR VELEZ-REGALADO

**ORDER**

The motion to withdraw by defendant's counsel is denied without prejudice to being renewed before the First Circuit Court of Appeals. With respect to defendant's motion to proceed in forma pauperis, this Court finds that the defendant is indigent. The Court does not reach the question whether the defendant has waived his right to appeal in the existing plea agreement in this case.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge
Date: April 26, 2007