MANDATE

06-00049
USDCRIPR
Judge Torres

# United States Court of Appeals
## For the First Circuit

No. 07-1248

UNITED STATES,

Appellee,

v.

JOSE APOLINAR VELEZ-REGALADO, a/k/a Luis Fernandez Garcia,
a/k/a Luis Fernandez,

Defendant - Appellant.

**JUDGMENT**
Entered: August 23, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk
ERIC H. DEININGER
By________________
Appeals Attorney

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/23/07

[cc: Jose Apolinar Velez-Regalado, Donald Lockhart, AUSA, John Barter, Esq.]